IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

DENNIS JOBE                                                                                           PLAINTIFF

V.                                                           CIVIL ACTION NO. 4:20-CV-00039-NBB-DAS

MISSISSIPPI DEPARTMENT OF CORRECTIONS, et al.                              DEFENDANTS

JUDGMENT

Having considered the file and records in this cause, including the Report and Recommendation of the United States Magistrate Judge and the Objections to the Report and Recommendation, the Court finds that the plaintiff's objections are without merit, and that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the Court. It is, therefore, **ORDERED**:

(1) That the plaintiff's objections to the Magistrate Judge's Report and Recommendation are **OVERRULED**;

(2) That the Report and Recommendation [17] of the United States Magistrate Judge is hereby **APPROVED AND ADOPTED** as the opinion of the Court;

(3) That Defendants Marshall Turner and Stephen Wheeler are **DISMISSED WITH PREJUDICE** from this action; and

(4) That Plaintiff's claims against the remaining defendants will **PROCEED**.

This, the 9th day of August, 2021.

                                             /s/ Neal Biggers
                                             **NEAL B. BIGGERS, JR.**
                                             **UNITED STATES DISTRICT JUDGE**