IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**DENNIS JOBE**                                                                           **PLAINTIFF**

v.                                           No. 4:20-cv-00039-NBB-DAS

**MISSISSIPPI DEPARTMENT OF CORRECTIONS, ET AL**            **DEFENDANTS**

**ORDER REQUIRING PLAINTIFF TO PROVIDE
VALID MAILING ADDRESS FOR DEFENDANT**

The court takes up, *sua sponte*, the matter of locating defendant, Dr. Juan Santos, in this case to effect service of process. The United States Marshal Service has attempted service of process upon defendant, Dr. Juan Santos; however, process was returned unexecuted, as the defendant could not be found. The plaintiff, as the party initiating the suit, is ultimately responsible for providing sufficient information to locate each defendant.

It is, therefore, **ORDERED**, that, within 21 days from the date of this order, the plaintiff provide the court with a valid address for service of process upon this defendant. Failure to do so will result in the dismissal of this case under Fed. R. Civ. P. 41(b) for failure to prosecute.

**SO ORDERED**, this, the 29th day of September, 2021.

                                                                            /s/ David A. Sanders
                                                                            UNITED STATES MAGISTRATE JUDGE