IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**DENNIS JOBE** **PLAINTIFF**

v. No. 4:20CV39-NBB-DAS

**MISSISSIPPI DEPARTMENT OF CORRECTIONS
PELICIA HALL
SUPERINTENDENT MARSHALL TURNER
STEPHEN WHEELER (CENTURION)
DOCTOR JUAN SANTOS
NURSE PRACTITIONER ANGELA BROWN
MDOC MEDICAL DIRECTOR GLORIA PERRY** **DEFENDANTS**

### ORDER DENYING PLAINTIFF'S MOTION [52]
### FOR RECONSIDERATION

This matter comes before the court on the plaintiff's motion [52] for reconsideration of the court's order denying his request for appointment of counsel. Interlocutory orders, such as the present one, are subject to the complete power of the court rendering them to afford such relief from them as justice requires. 7 Moore's Federal Practice ¶ 60.20 at 60–170 (2d ed. 1985). In this instance, the plaintiff has not offered sufficient justification to alter the ruling. As such, the plaintiff's request for reconsideration is **DENIED.**

**SO ORDERED**, this, the 4th day of November, 2021.

/s/ David A. Sanders
DAVID A. SANDERS
UNITED STATES MAGISTRATE JUDGE