IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**DENNIS JOBE**                                                                        **PLAINTIFF**

v.                                                                         No. 4:20CV39-NBB-DAS

**MISSISSIPPI DEPARTMENT OF CORRECTIONS**
**PELICIA HALL**
**SUPERINTENDENT MARSHALL TURNER**
**STEPHEN WHEELER (CENTURION)**
**DOCTOR JUAN SANTOS**
**NURSE PRACTITIONER ANGELA BROWN**
**MDOC MEDICAL DIRECTOR GLORIA PERRY**             **DEFENDANTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion entered this day, the motion [58] by defendant Angela Brown to dismiss is **GRANTED**, and the instant case is **DISMISSED** with prejudice:

(1) For failure to state a claim upon which relief could be granted;

(2) For failing to file it before the expiration of the limitations period; and

(3) Under the doctrines of *res judicata* and collateral estoppel.

The dismissal counts as a **"STRIKE"** under 28 U.S.C. § 1915(g), and this case is **CLOSED.**

In light of this ruling, the plaintiff's motions [47], [56] for additional discover, motion [51] to extend the deadline to comply with court order, and motion [55] to file an amended complaint are **DISMISSED** as moot.

**SO ORDERED**, this, the 9th day of November, 2021.

                                                                  /s/ Neal Biggers
                                                                   NEAL B. BIGGERS
                                                                   SENIOR U. S. DISTRICT JUDGE